**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BERNARDINO MENDEZ LEYVA, | NO. ED CV 16-466-SVW(E) |
| Petitioner, | |
| v. | JUDGMENT |
| S. HATTON, Warden (A), | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: _____November 22_____, 2016.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE